RECEIVED
DEC 2 0 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WANDA TIPTON | CIVIL ACTION NO. 13-0818 |
| -vs- | JUDGE DRELL |
| RAPIDES REGIONAL HOSPITAL, ET AL | MAGISTRATE JUDGE KIRK |

## ORDER

Considering the foregoing Motion to Dismiss in letter format,

IT IS HEREBY ORDERED that this suit and all claims herein are dismissed, without prejudice. All deadlines are likewise cancelled as is the pretrial conference scheduled for June 19, 2014.

SIGNED on this _19_ day of December, 2013 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT